B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re AMANDA WHILDEN, Case No. 21-18159

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPRUCE POWER
Name of Transferee

Name and Address where notices to transferee should be sent:

P.O. BX 650499
DALLAS, TX 75265

Phone: 844 533 5893
Last Four Digits of Acct #: 9970

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

NJR CLEAN ENERGY VENTURES CORI
Name of Transferor

Court Claim # (if known): 4
Amount of Claim: $25,309.44
Date Claim Filed: 10/29/2021

Phone: 732-449-0525
Last Four Digits of Acct. #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Stephen A. Schwimmer
Transferee/Transferee's Agent

Date: 10/03/2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset Save As... Print