B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

In re  Amanda Whilden_____,     Case No. 21-18159\_\_\_\_\_

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/03/2025 (date).

Name of Alleged Transferor

NJR Clean Energy Ventures Corporation

Name of Transferee

Spruce Power

Address of Alleged Transferor:

P.O. BOX 1468
WALL, NJ 07719

Address of Transferee:

P.O. BOX 650499
DALLAS, TX 75265

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                                   _____
                                                                                                          **CLERK OF THE COURT**