**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-18159 (ABA)**

Monthly Payment: $420.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Amanda Whilden
65 Hands Mill Road
Delmont, NJ 08314

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2025 | $420.00 | 02/03/2025 | $420.00 | 02/03/2025 | $-420.00 | 03/03/2025 | $420.00 |
| 03/31/2025 | $422.00 | 04/29/2025 | $420.00 | 05/30/2025 | $420.00 | 06/30/2025 | $420.00 |
| 07/28/2025 | $420.00 | 08/29/2025 | $420.00 | 09/30/2025 | $420.00 | 11/04/2025 | $420.00 |
| 11/26/2025 | $420.00 | 12/29/2025 | $420.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | AMANDA WHILDEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,963.00 | $3,963.00 | $0.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 33 | $2,792.67 | $372.65 | $2,420.02 | $126.86 |
| 2 | DEPT OF TREASURY-DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | 33 | $6,482.49 | $865.01 | $5,617.48 | $294.45 |
| 4 | GREENSKY #3877 | 33 | $14,593.24 | $1,947.29 | $12,645.95 | $662.87 |
| 5 | CITIBANK, N.A. | 33 | $739.48 | $88.35 | $651.13 | $33.60 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $209.23 | $209.23 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $6,762.14 | $902.33 | $5,859.81 | $307.18 |
| 8 | MAURICE RIVER TOWNSHIP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SPRUCE POWER | 33 | $25,309.44 | $3,288.92 | $22,020.52 | $1,149.77 |
| 10 | KOHL'S | 33 | $685.20 | $84.26 | $600.94 | $31.13 |
| 11 | PNC BANK, N.A. | 33 | $18,333.67 | $2,446.36 | $15,887.31 | $832.86 |
| 12 | PNC BANK, N.A. | 33 | $14,866.09 | $1,983.65 | $12,882.44 | $675.34 |
| 13 | PNC BANK, N.A. | 33 | $11,612.44 | $1,549.51 | $10,062.93 | $527.48 |
| 14 | SYNCHRONY BANK | 33 | $4,968.99 | $663.03 | $4,305.96 | $225.73 |
| 15 | SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $1,177.58 | $148.92 | $1,028.66 | $53.50 |
| 18 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PNC BANK, N.A. | 24 | $15.00 | $15.00 | $0.00 | $0.00 |
| 22 | NJR CLEAN ENERGY VENTURES CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2021 | 60.00 | $420.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,042.00 |
| Total paid to creditors this period: | $4,920.77 |
| Undistributed Funds on Hand: | $870.04 |
| Arrearages: | ($422.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**